IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hannah, Darren J  
Hannah, Ebonie M  
Printed: 12/16/08

Case Number: 08 B 00250  
Judge: Goldgar, A. Benjamin  
Filed: 1/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 4, 2008  
Confirmed: March 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,161.80 |  |
| Secured: |  | 3,579.43 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,181.41 |
| Trustee Fee: |  | 400.96 |
| Other Funds: |  | 0.00 |
| Totals: | 6,161.80 | 6,161.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 2,181.41 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Balaban Furniture Ltd | Secured | 0.00 | 0.00 |
| 5. | RoundUp Funding LLC | Secured | 0.00 | 0.00 |
| 6. | Great American Finance Company | Secured | 3,070.13 | 212.12 |
| 7. | Monterey Financial Services | Secured | 355.15 | 355.15 |
| 8. | Santander Consumer USA | Secured | 30,563.97 | 2,217.71 |
| 9. | Citizens Bank | Secured | 10,605.16 | 794.45 |
| 10. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 11. | HSBC Mortgage Services | Secured | 942.78 | 0.00 |
| 12. | Internal Revenue Service | Priority | 10,625.68 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 901.60 | 0.00 |
| 14. | Citizens Bank | Unsecured | 458.36 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 715.82 | 0.00 |
| 16. | Balaban Furniture Ltd | Unsecured | 20.70 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 214.29 | 0.00 |
| 18. | Internal Revenue Service | Unsecured | 659.88 | 0.00 |
| 19. | Santander Consumer USA | Unsecured | 0.00 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 372.82 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 314.74 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 372.56 | 0.00 |
| 23. | RoundUp Funding LLC | Unsecured | 7,501.51 | 0.00 |
| 24. | Portfolio Recovery Associates | Unsecured | 443.80 | 0.00 |
| 25. | Monterey Financial Services | Unsecured | 137.83 | 0.00 |
| 26. | ECast Settlement Corp | Unsecured | 156.23 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hannah, Darren J
        Hannah, Ebonie M
        Printed: 12/16/08

Case Number: 08 B 00250
Judge: Goldgar, A. Benjamin
Filed: 1/7/08

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Resurgent Capital Services | Unsecured | 282.72 | 0.00 |
| 28. | Schneider Finance Inc | Unsecured | 16,646.42 | 0.00 |
| 29. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 30. | Medical Collections | Unsecured | | No Claim Filed |
| 31. | American General Finance | Unsecured | | No Claim Filed |
| 32. | Nicor Gas | Unsecured | | No Claim Filed |
| 33. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 34. | Social Security Administration | Unsecured | | No Claim Filed |
| | | | $ 87,862.15 | $ 5,760.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 373.55 |
| 6.6% | 27.41 |
| | $ 400.96 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

